Michael and Catherine Evans

1931 Fairforest Drive

Fayetteville, NC 28304

(910) 868-1850

The Honorable C. Moore

901 Richland Street

Columbia, South Carolina 29301

Re: Case # 3-10-3141

Your Honor,

This letter is to ask for special consideration in recovering our monies from the Capital Consortium Group, also known, as The Hebrew Boys.

When we received the information from the Receiver to recoup our losses, we had just had extensive water damage to our home and thought our proof to claim was destroyed. As it turned out, all our paper work, and receipts were found intact. But, the deadline had passed.

Your Honor, with what happened to our home, and us thinking that there was no way that we could prove our claim, we pray that the court will now allow us to recover our monies under these special conditions.

We have enclosed our receipts, and all paperwork that we have. And, if there is anything else that is needed, you may contact us at the address and phone number atop this letter.

Thank you in advance for all consideration given to this matter.

Respectfully yours,

*Michael A. Evans*
*Catherine Evans*

Michael and Catherine Evans