IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| In Re Receiver ) | C/A No.. 3:10-3141-MBS |
| ) | |

**O R D E R**

On January 17, 2013, the court issued an order directing Ronald Cromartie to show cause why he should not be required to repatriate profits and convert frozen funds acquired from an illegal Ponzi scheme (ECF No. 1309). The court is informed that the Receiver no longer wishes to pursue this matter as to Mr. Cromartie. Accordingly, the court's order to show cause is dismissed.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

April 19, 2013