IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| In Re Receiver | ) C/A No.. 3:10-3141-MBS |
| | ) |

**O R D E R**

On February 9, 2012, the court issued an order directing Sherry Jackson to show cause why she should not be required to repatriate profits acquired from an illegal Ponzi scheme (ECF No. 764). The court is informed that the matter has been resolved to the satisfaction of the Receiver. Accordingly, the court's order to show cause is dismissed.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

January 6, 2014